No. 428. PENNSYLVANIA WATER & POWER CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL.; and
No. 429. PENNSYLVANIA PUBLIC UTILITY COMMISSION *v.* FEDERAL POWER COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Wilkie Bushby, Randall J. LeBoeuf, Jr., James Piper, Raymond Sparks, William J. Grove* and *Thomas M. Kerrigan* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baldridge, Robert L. Stern, Paul A. Sweeney, Melvin Richter, Bradford Ross, Howard Wahrenbrock, Reuben Goldberg* and *Theodore French* for the Federal Power Commission; *Charles D. Harris* for the Public Service Commission of Mary-

land; and *Alfred P. Ramsey* for the Consolidated Gas Electric Light & Power Co. of Baltimore, respondents.